UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILORAD OLIC, | No. 2:14-cv-2120 KJM GGH P |
| Petitioner, | |
| v. | ORDER |
| WARDEN JOE A. LIZARRAGA, | |
| Respondent. | |

Petitioner has now filed his amended petition; however, he has filed a statement indicating that nine pages of an exhibit to the amended petition are missing due to a copying error. (ECF No. 19) The court construes petitioner's statement as a request for an extension of time to file his missing exhibits. Good cause appearing, the request will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's March 26, 2015 statement, construed as a request for an extension of time (ECF No. 19) is granted; and

2. Petitioner is granted until April 9, 2015 to file exhibits to his amended petition.

Dated: March 31, 2015

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076olic2120.111(3)

1